IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3050 |
| v. | ) | |
| JOSE A. ARTIAGA, | ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) | |

IT IS ORDERED that the Motion to Seal, ECF No. 53, is granted.

Dated May 23, 2012.

BY THE COURT

_____

Warren K. Urbom
United States Senior District Judge